# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-01295-RM-KMT

PAMELA STONE, a citizen of the United States,
TWYLA RUSAN, a citizen of the United States,
M. JAMIE MORROW, a citizen of the United States,
THE SOUTH PARK COALITION, INC., a non-profit 501(c)(4) Colorado corporation, and
BE THE CHANGE USA, a non-profit 501(c)(4) Colorado corporation,

    Plaintiffs,

v.

HIGH MOUNTAIN MINING COMPANY, LLC, a Wyoming limited liability company, and
JAMES R. MURRAY, a citizen of the United States,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 28) of Judge Raymond P. Moore entered on July 25, 2018, it is

ORDERED that judgment is entered in favor of Defendants and against Plaintiffs. It is

FURTHER ORDERED that this case is dismissed and closed.

Dated at Denver, Colorado this 25th day of July, 2018.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

                By:   s/   C. Pearson
                      C. Pearson
                      Deputy Clerk